


Logged in as 0240695    |    H(

Payment Inquiry    W2

Pay Summary    Pay Stub    Pay Type Inquiry    Deduction Inquiry

Pay Stub Summary (PDF)
Pay Stub Details (PDF)

## Pay Stub

Printer friendly page

| Empl Num | 0240695 |
|---|---|
| Name | JOHN WRIGHT |
| Payroll # | 816 (DOHMH) |

Pay Date: 10/30/2009         Pay Period: From 10/11/2009 to 10/24/2009

**Net Pay Current**                                                                                    54.61
**Net Pay YTD**                                                                                   7,123.67

View Details    To view details, select a Payment and click 'View Details'

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS |  | 3.94 | 70:00 | 1,412.96 |
| IBT-237 $500/15 YR LONGEVITY INCR |  |  |  | 19.18 |

**Gross Pay Current**                                                                              1,436.08
**Gross Pay YTD**                                                                                 35,278.69

| Tax Deductions | Year to Date Amount | Amount |
|---|---|---|
| FICA TAX-EMPLOYEE SHARE | 2,128.48 | 86.21 |
| MEDICARE-EMPLOYEE SHARE | 497.79 | 20.16 |
| FEDERAL WITHHOLDING TAX | 1,502.78 | 34.62 |
| STATE WITHHOLDING TAX | 1,385.90 | 51.37 |
| NEW YORK CITY WITHHOLDING TAX | 843.52 | 31.71 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---|---|---|
| MUNICIPAL CREDIT UNION |  |  | 841.80 |
| HIP HMO MCP NY RN & APPL |  |  | 4.43 |
| HIP HMO MCP NY RN & APPL |  |  |  |
| NYCERS PENSION SYSTEM-LOANS | 100 | 70 | 100.48 |
| CITY EMPLOYEES UNION |  |  | 26.00 |
| GARNISHMENTS | 22,111.20 | 21,967.59 | 143.61 |
| TRANSITBENEFIT PREM CARD |  |  | 41.08 |

**Total Deductions Current**                                                                       1,381.47
**Total Deductions YTD**                                                                          28,155.02

https://estubs.nycaps.nycnet/EStubs/SecureLogin                                                 11/4/2009

**Leave Balance As Of: 10/17/2009**

| Leave Balance | Available Hours/Days |
|---|---|
| SICK LEAVE | 194:14 |
| ANNUAL LEAVE | 35:50 |
| COMPENSATORY TIME | 1:30 |
| COMP TIME NON FLSA POST4/15/86 | 11:30 |
| FLOATING HOLIDAY LINCOLN B-DAY | 7:00 |

**Message**

VISITCUNYNOV.1-30 WWW.CUNY.EDU/CUNYMONTH

[ << Previous Pay Stub ]   [ Return to Payment Summary ]




Logged in as 0240695   |   H

| Payment Inquiry | W2 |
|---|---|

| Pay Summary | Pay Stub | Pay Type Inquiry | Deduction Inquiry |
|---|---|---|---|

Pay Stub Summary (PDF)
Pay Stub Details (PDF)

**Pay Stub**


Printer friendly page

| Empl Num | 0240695 |
|---|---|
| Name | JOHN WRIGHT |
| Payroll # | 816 (DOHMH) |

Pay Date: 10/16/2009          Pay Period: From 09/27/2009 to 10/10/2009

| | |
|---|---:|
| **Net Pay Current** | 26.42 |
| **Net Pay YTD** | 7,069.06 |

View Details    To view details, select a Payment and click 'View Details'

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 70:00 | 1,357.88 |
| PENSIONABLE LONGEVITY INCREMENT | | | | 2.19 |
| RECURRING INCREMENT PAYMENT - PENSIONABLE | | | | 7.08 |
| IBT-237 $500/15 YR LONGEVITY INCR | | | | 19.18 |
| **Gross Pay Current** | | | | **1,386.33** |
| **Gross Pay YTD** | | | | **33,842.61** |

| Tax Deductions | Year to Date Amount | Amount |
|---|---|---|
| FICA TAX-EMPLOYEE SHARE | 2,042.27 | 83.14 |
| MEDICARE-EMPLOYEE SHARE | 477.63 | 19.45 |
| FEDERAL WITHHOLDING TAX | 1,468.16 | 27.16 |
| STATE WITHHOLDING TAX | 1,334.53 | 47.97 |
| NEW YORK CITY WITHHOLDING TAX | 811.81 | 29.77 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---|---|---|
| MUNICIPAL CREDIT UNION | | | 841.80 |
| HIP HMO MCP NY RN & APPL | | | 4.43 |
| HIP HMO MCP NY RN & APPL | | | |
| NYCERS PENSION SYSTEM-LOANS | 100 | 71 | 100.48 |
| CITY EMPLOYEES UNION | | | 26.00 |
| GARNISHMENTS | 22,249.83 | 22,111.20 | 138.63 |
| TRANSITBENEFIT PREM CARD | | | 41.08 |

| Total Deductions Current | 1,359.91 |
| --- | --- |
| Total Deductions YTD | 26,773.55 |

**Leave Balance As Of: 10/03/2009**

| Leave Balance | Available Hours/Days |
| --- | --- |
| SICK LEAVE | 187:14 |
| ANNUAL LEAVE | 25:13 |
| COMP TIME NON FLSA POST4/15/86 | 11:30 |
| FLOATING HOLIDAY LINCOLN B-DAY | 7:00 |

[ << Previous Pay Stub ]    [ Return to Payment Summary ]    [ Next Pay Stub >> ]




Logged in as 0240695  |  He

Payment Inquiry | W2
Pay Summary | Pay Stub | Pay Type Inquiry | Deduction Inquiry

Pay Stub Summary (PDF)
Pay Stub Details (PDF)

**Pay Stub**


Printer friendly page

| Empl Num | 0240695 |
|---|---|
| Name | JOHN WRIGHT |
| Payroll # | 816 (DOHMH) |

Pay Date: 10/02/2009          Pay Period: From 09/13/2009 to 09/26/2009

**Net Pay Current**                                                                 82.78
**Net Pay YTD**                                                                  7,042.64

View Details   To view details, select a Payment and click 'View Details'

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 70:00 | 1,357.88 |
| PENSIONABLE LONGEVITY INCREMENT | | | | 30.68 |
| RECURRING INCREMENT PAYMENT - PENSIONABLE | | | | 99.07 |

**Gross Pay Current**                                                           1,487.63
**Gross Pay YTD**                                                              32,456.28

| Tax Deductions | Year to Date Amount | Amount |
|---|---|---|
| FICA TAX-EMPLOYEE SHARE | 1,959.13 | 89.41 |
| MEDICARE-EMPLOYEE SHARE | 458.18 | 20.91 |
| FEDERAL WITHHOLDING TAX | 1,441.00 | 42.36 |
| STATE WITHHOLDING TAX | 1,286.56 | 54.90 |
| NEW YORK CITY WITHHOLDING TAX | 782.04 | 33.72 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---|---|---|
| MUNICIPAL CREDIT UNION | | | 841.80 |
| HIP HMO MCP NY RN & APPL | | | 4.43 |
| HIP HMO MCP NY RN & APPL | | | |
| NYCERS PENSION SYSTEM-LOANS | 100 | 72 | 100.48 |
| CLERICAL ADMINISTRATIVE | | | 27.00 |
| GARNISHMENTS | 22,398.59 | 22,249.83 | 148.76 |
| TRANSITBENEFIT PREM CARD | | | 41.08 |

| | |
|---|---|
| Total Deductions Current | 1,404.85 |
| Total Deductions YTD | 25,413.64 |

### Leave Balance As Of: 09/19/2009

| Leave Balance | Available Hours/Days |
|---|---|
| SICK LEAVE | 187:14 |
| ANNUAL LEAVE | 25:13 |
| COMP TIME NON FLSA POST 4/15/86 | 13:00 |
| FLOATING HOLIDAY LINCOLN B-DAY | 7:00 |

[ << Previous Pay Stub ]   [ Return to Payment Summary ]   [ Next Pay Stub >> ]




Logged in as 0240695   |   He

| Payment Inquiry | W2 |
| Pay Summary | Pay Stub | Pay Type Inquiry | Deduction Inquiry |

Pay Stub Summary (PDF)

Pay Stub Details (PDF)

# Pay Stub



Printer friendly page

| Empl Num | 0240695 |
|---|---|
| Name | JOHN WRIGHT |
| Payroll # | 816 (DOHMH) |

**Pay Date:** 09/18/2009        **Pay Period:** From 08/30/2009 to 09/12/2009

| | |
|---|---:|
| **Net Pay Current** | 82.78 |
| **Net Pay YTD** | 6,959.86 |

View Details — To view details, select a Payment and click 'View Details'

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 70:00 | 1,357.88 |
| PENSIONABLE LONGEVITY INCREMENT | | | | 30.68 |
| RECURRING INCREMENT PAYMENT - PENSIONABLE | | | | 99.07 |
| **Gross Pay Current** | | | | **1,487.63** |
| **Gross Pay YTD** | | | | **30,968.65** |

| Tax Deductions | Year to Date Amount | Amount |
|---|---:|---:|
| FICA TAX-EMPLOYEE SHARE | 1,869.72 | 89.41 |
| MEDICARE-EMPLOYEE SHARE | 437.27 | 20.91 |
| FEDERAL WITHHOLDING TAX | 1,398.64 | 42.36 |
| STATE WITHHOLDING TAX | 1,231.66 | 54.90 |
| NEW YORK CITY WITHHOLDING TAX | 748.32 | 33.72 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---:|---:|---:|
| MUNICIPAL CREDIT UNION | | | 841.80 |
| HIP HMO MCP NY RN & APPL | | | 4.43 |
| HIP HMO MCP NY RN & APPL | | | |
| NYCERS PENSION SYSTEM-LOANS | 100 | 73 | 100.48 |
| CLERICAL ADMINISTRATIVE | | | 27.00 |
| GARNISHMENTS | 22,547.35 | 22,398.59 | 148.76 |
| TRANSITBENEFIT PREM CARD | | | 41.08 |

| | |
|---|---|
| **Total Deductions Current** | 1,404.85 |
| **Total Deductions YTD** | 24,008.79 |

### Leave Balance As Of: 09/05/2009

| Leave Balance | Available Hours/Days |
|---|---|
| SICK LEAVE | 180:14 |
| ANNUAL LEAVE | 18:28 |
| COMP TIME NON FLSA POST4/15/86 | 13:30 |
| FLOATING HOLIDAY LINCOLN B-DAY | 7:00 |

[<< Previous Pay Stub]   [Return to Payment Summary]   [Next Pay Stub >>]

Estubs                                                                                          Page 1 of 2




Logged in as 0240695  |  He

Payment Inquiry   W2

Pay Summary | Pay Stub | Pay Type Inquiry | Deduction Inquiry

Pay Stub Summary (PDF)
Pay Stub Details (PDF)

**Pay Stub**


Printer friendly page

| Empl Num | 0240695 |
|---|---|
| Name | JOHN WRIGHT |
| Payroll # | 816 (DOHMH) |

**Pay Date:** 09/04/2009                **Pay Period:** From 08/16/2009 to 08/29/2009

| | |
|---|---:|
| Net Pay Current | 82.78 |
| Net Pay YTD | 6,877.08 |

View Details — To view details, select a Payment and click 'View Details'

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 70:00 | 1,357.88 |
| PENSIONABLE LONGEVITY INCREMENT | | | | 30.68 |
| RECURRING INCREMENT PAYMENT - PENSIONABLE | | | | 99.07 |
| **Gross Pay Current** | | | | **1,487.63** |
| **Gross Pay YTD** | | | | **29,481.02** |

| Tax Deductions | Year to Date Amount | Amount |
|---|---:|---:|
| FICA TAX-EMPLOYEE SHARE | 1,780.31 | 89.41 |
| MEDICARE-EMPLOYEE SHARE | 416.36 | 20.91 |
| FEDERAL WITHHOLDING TAX | 1,356.28 | 42.36 |
| STATE WITHHOLDING TAX | 1,176.76 | 54.90 |
| NEW YORK CITY WITHHOLDING TAX | 714.60 | 33.72 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---:|---:|---:|
| MUNICIPAL CREDIT UNION | | | 841.80 |
| HIP HMO MCP NY RN & APPL | | | 4.43 |
| HIP HMO MCP NY RN & APPL | | | |
| NYCERS PENSION SYSTEM-LOANS | 100 | 74 | 100.48 |
| CLERICAL ADMINISTRATIVE | | | 27.00 |
| GARNISHMENTS | 22,696.11 | 22,547.35 | 148.76 |
| TRANSITBENEFIT PREM CARD | | | 41.08 |

https://estubs.nycaps.nycnet/EStubs/SecureLogin                                          9/10/2009

NYC DEPT OF HLTH MH    Fax:7183492520    Sep 10 2009 12:32    P.02

Estubs                                                                                           Page 2 of 2

**Total Deductions Current**                                                              1,404.85
**Total Deductions YTD**                                                                  22,603.94

## Leave Balance As Of: 08/22/2009

| Leave Balance | Available Hours/Days |
|---|---|
| SICK LEAVE | 180:14 |
| ANNUAL LEAVE | 50:28 |
| COMP TIME NON FLSA POST 4/15/86 | 12:30 |
| FLOATING HOLIDAY LINCOLN B-DAY | 7:00 |

**Message**

GET READY FOR EMERGENCIES AT NYC.GOV/OEM

[<< Previous Pay Stub]   [Return to Payment Summary]